IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**EQT PRODUCTION COMPANY,**

    **Plaintiff,**

v.	                                                 **Civil Action No. 1:18-cv-72**
                                                      **(Judge Keeley)**

**AUSTIN CAPERTON,**
**in his official capacity as**
**Secretary of West Virginia Department**
**of Environmental Protection,**

    **Defendant.**

## JOINT STIPULATION TO EXTEND TIME

The parties hereby stipulate that the Defendant shall answer or otherwise respond to Plaintiff's complaint no later than May 31, 2018. *See* L.R. Civ. P. 12.01. The Defendant will consent to a request by the Plaintiff for an identical extension of time for the Plaintiff to respond to any motion to dismiss filed by the Defendant should Plaintiff request it.

                                                      Respectfully Submitted,

                                                      **AUSTIN CAPERTON, in his official capacity,**

                                                      By Counsel:

                                                      */s/ J. Zak Ritchie*
                                                      Benjamin L. Bailey (WVSB #200)
                                                      Michael B. Hissam (WVSB #11526)
                                                      J. Zak Ritchie (WVSB #11705)
                                                      Bailey & Glasser, LLP
                                                      209 Capitol Street
                                                      Charleston, WV   25301
                                                      (304) 345-6555 – telephone
                                                      (304) 342-1110 – facsimile

                                                      *Counsel for Defendant*

**EQT PRODUCTION COMPANY,**

By Counsel:


/s/ Timothy M. Miller
BABST CALLAND CLEMENTS and ZOMNIR, P.C.

Timothy M. Miller (W. Va. Bar No. 2564)
Katrina N. Bowers (W. Va. Bar No. 12337)
BB&T Square
300 Summers Street, Suite 1000
Charleston, WV 25301
(681) 205-8888
tmiller@babstcalland.com
kbowers@babstcalland.com

OF COUNSEL:

WILLIAMS & CONNOLLY LLP
Kannon K. Shanmugam
Katherine M. Turner
Eden Schiffmann
Matthew J. Greer
(admitted *pro hac vice*)
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
kshanmugam@wc.com
kturner@wc.com
eschiffmann@wc.com
mgreer@wc.com

*Attorneys for Plaintiff EQT Production Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**EQT PRODUCTION COMPANY,**

      **Plaintiff,**

v.                                                                     **Civil Action No. 1:18-cv-72**
                                                                       **(Judge Keeley)**

**AUSTIN CAPERTON,**
**in his official capacity as**
**Secretary of West Virginia Department**
**of Environmental Protection,**

      **Defendant.**

## CERTIFICATE OF SERVICE

      I, J. Zak Ritchie, do hereby certify that on May 9, 2018, I electronically filed the foregoing **"Joint Stipulation to Extend Time"** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| WILLIAMS & CONNOLLY LLP | |
| Kannon K. Shanmugam | BABST CALLAND CLEMENTS and |
| Katherine M. Turner | ZOMNIR, P.C. |
| Eden Schiffmann | Timothy M. Miller (W. Va. Bar No. 2564) |
| Matthew J. Greer | Katrina N. Bowers (W. Va. Bar No. 12337) |
| (admitted *pro hac vice*) | BB&T Square |
| 725 Twelfth Street, N.W. | 300 Summers Street, Suite 1000 |
| Washington, DC 20005 | Charleston, WV 25301 |
| (202) 434-5000 | (681) 205-8888 |
| kshanmugam@wc.com | tmiller@babstcalland.com |
| kturner@wc.com | kbowers@babstcalland.com |
| eschiffmann@wc.com | |
| mgreer@wc.com | |

                                                              */s/ J. Zak Ritchie*
                                                              J. Zak Ritchie (WVSB #11705)