```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

EQT PRODUCTION COMPANY,

          Plaintiff,

v.                           //    CIVIL ACTION NO. 1:18CV72
                                        (Judge Keeley)

AUSTIN CAPERTON,
in his official capacity as
Secretary of the West Virginia Department
of Environmental Protection,

          Defendant.
```

## ORDER GRANTING MOTION FOR LEAVE TO FILE AS *AMICUS CURIAE* [DKT. NO. 22]

On June 1, 2018, the West Virginia Surface Owners' Rights Organization ("WVSORO") moved for leave to file as amicus curiae in support of the defendant, Austin Caperton, in his official capacity as Secretary of the West Virginia Department of Environmental Protection. Finding good cause, the Court **GRANTS** the motion (Dkt. No. 22) and **DIRECTS** WVSORO to **FILE** its amicus brief, which was attached as an exhibit to the instant motion.

It is so **ORDERED**.

Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: June 4, 2018.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE