```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**EQT PRODUCTION COMPANY,**

       **Plaintiff,**

**v.**                **//**    **CIVIL ACTION NO. 1:18CV72**
                                     **(Judge Keeley)**

**AUSTIN CAPERTON,**
**in his official capacity as**
**Secretary of the West Virginia Department**
**of Environmental Protection,**

       **Defendant.**

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S**
**MOTION TO EXTEND TIME AND ENLARGE PAGE LIMIT [DKT. NO. 33]**

On July 3, 2018, the plaintiff filed a Motion to Extend Time and Enlarge Page Limit, in which it requested entry of an order extending by one week its time to respond to the defendant's pending motion to dismiss, enlarging by five pages its page limit for that response, and closing further <u>amicus</u> submissions on the motion to dismiss (Dkt. No. 33).

Finding good cause, the Court **GRANTS in part** the motion (Dkt. No. 33), **EXTENDS** the page limit for the plaintiff's response to the motion to dismiss by five (5) pages, and **ORDERS** that the following deadlines shall govern further briefing on the motion to dismiss:

- Plaintiff's Response:    July 20, 2018
- Defendant's Reply:    August 3, 2018.

However, given the Court's inherent discretion to grant or refuse <u>amicus</u> status in the case, and finding no good cause having

**EQT v. CAPERTON**  1:18CV72

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO EXTEND TIME AND ENLARGE PAGE LIMIT [DKT. NO. 33]**

been shown, the Court **DENIES** the plaintiff's motion to the extent it requests an order prohibiting further amicus briefing on the motion to dismiss (Dkt. No. 33).

It is so **ORDERED.**

Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: July 6, 2018.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE