IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


**EQT PRODUCTION COMPANY,**

       **Plaintiff,**

**v.**                                                     **Civil Action No. 1:18-cv-72**
                                                          **(Judge Keeley)**


**AUSTIN CAPERTON,**
**in his official capacity as**
**Secretary of West Virginia Department**
**of Environmental Protection,**

       **Defendant.**

## MOTION FOR WITHDRAWAL OF COUNSEL
## AS TO MICHAEL B. HISSAM AND J. ZAK RITCHIE

      Michael B. Hissam and J. Zak Ritchie move to withdraw as counsel for Defendant Austin Caperton ("Secretary Caperton") in this matter. In support of this motion, counsel state as follows:

   1.  Michael B. Hissam and J. Zak Ritchie, formerly of the law firm of Bailey & Glasser LLP, previously entered appearances in this action on behalf of Secretary Caperton.

   2.  Secretary Caperton is also represented in this action by Benjamin Bailey of the law firm of Bailey & Glasser LLP.

   3.  Mr. Hissam and Mr. Ritchie are no longer affiliated with Bailey & Glasser LLP and have instead formed a new firm, Hissam Forman Donovan Ritchie PLLC.

   4.  Secretary Caperton wishes for Mr. Bailey and the law firm of Bailey & Glasser LLP alone to continue to handle their representation in this matter.

5.   There will be no delay or prejudice to any client or other party to this action, as Secretary

Caperton will continue to be represented in this matter by other counsel.

For these reasons, Michael B. Hissam and J. Zak Ritchie respectfully request that this

Court enter an order withdrawing them as counsel of record in this action and striking their

appearance from the record.

<div style="margin-left:40%">

Respectfully Submitted,

*/s/ Michael B. Hissam*
Michael B. Hissam (WVSB #11526)
J. Zak Ritchie (WVSB #11705)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
www.HFDRlaw.com
(681) 265-3802 *office*
(304) 982-8056 *fax*
mhissam@hfdrlaw.com
zritchie@hfdrlaw.com

</div>

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**EQT PRODUCTION COMPANY,**

      **Plaintiff,**

**v.**
                                        **Civil Action No. 1:18-cv-72
(Judge Keeley)**

**AUSTIN CAPERTON,
in his official capacity as
Secretary of West Virginia Department
of Environmental Protection,**

      **Defendant.**

**CERTIFICATE OF SERVICE**

      I, Michael B. Hissam, do hereby certify that on August 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

WILLIAMS & CONNOLLY LLP
Kannon K. Shanmugam
Katherine M. Turner
Eden Schiffmann
Matthew J. Greer
(admitted *pro hac vice*)
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
kshanmugam@wc.com
kturner@wc.com
eschiffmann@wc.com
mgreer@wc.com

BABST CALLAND CLEMENTS and
ZOMNIR, P.C.
Timothy M. Miller (W. Va. Bar No. 2564)
Katrina N. Bowers (W. Va. Bar No. 12337)
BB&T Square
300 Summers Street, Suite 1000
Charleston, WV 25301
(681) 205-8888
tmiller@babstcalland.com
kbowers@babstcalland.com

BAILEY & GLASSER, LLP
Benjamin L. Bailey (WVSB #200)
209 Capitol Street
Charleston, WV   25301
(304) 345-6555 – telephone
(304) 342-1110 – facsimile

*/s/ Michael B. Hissam*
Michael B. Hissam (WVSB #11526)