```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**EQT PRODUCTION COMPANY,**

        Plaintiff,

v.     //     CIVIL ACTION NO. 1:18CV72
                      (Judge Keeley)

**AUSTIN CAPERTON,**
in his official capacity as
Secretary of the West Virginia Department
of Environmental Protection,

        Defendant.

## ORDER SETTING SCHEDULING CONFERENCE

For good cause, the Court will conduct a scheduling conference in this case on **Monday, December 10, 2018, at 1:30 P.M.** If counsel elect to proceed by telephone, the Court **DIRECTS** lead counsel for the plaintiff to arrange the conference call and provide dial-in information to all parties and the Court, by email to **candace_levitsky@wvnd.uscourts.gov**, no later than **December 3, 2018.** Pursuant to the Court's First Order and Notice Regarding Discovery and Scheduling (Dkt. No. 6), any pending motions in the case that are fully briefed will be addressed at the scheduling conference.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: September 28, 2018

                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE