IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| EQT PRODUCTION COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:18-cv-72<br>) Judge Thomas S. Kleeh |
| AUSTIN CAPERTON, in his official capacity as Secretary of the West Virginia Department of Environmental Protection, | )<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

# MOTION FOR WITHDRAWAL OF COUNSEL
## AS TO EDEN SCHIFFMANN

Eden Schiffmann moves to withdraw as counsel for Plaintiff EQT Production Company ("EQT") in this matter. In support of this motion, counsel states as follows:

1. Eden Schiffmann of the law firm of Williams & Connolly LLP applied for admission *pro hac vice* in this case on April 24, 2018. Dkt. No. 9. This Court granted the application on April 25, 2018. Dkt. No. 13.

2. EQT is also represented in this action by Timothy M. Miller and Katrina N. Bowers of Babst Calland Clements & Zomnir, P.C.; Katherine M. Turner and Matthew J. Greer of Williams & Connolly LLP; and Kannon K. Shanmugam of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

3. Beginning March 18, 2019, Mr. Schiffmann will be on leave from Williams & Connolly LLP and will not practice law with the firm during that leave. He has given notice to EQT of his intention to withdraw and EQT consents to that withdrawal.

4. EQT will continue to be represented by all of its other counsel of record, and there will not be any delay or prejudice to any party to this action.

For these reasons, Eden Schiffmann respectfully requests that this Court enter the proposed order attached hereto as Exhibit A withdrawing him as counsel of record in this action and striking his appearance from the record.

Respectfully submitted,

**EQT PRODUCTION COMPANY**,

By Counsel:

BABST CALLAND CLEMENTS and ZOMNIR, P.C.

By: /s/ Katrina N. Bowers
  Timothy M. Miller (W. Va. Bar No. 2564)
  Katrina N. Bowers (W. Va. Bar No. 12337)
  BB&T Square
  300 Summers Street, Suite 1000
  Charleston, WV 25301
  (681) 205-8888
  tmiller@babstcalland.com
  kbowers@babstcalland.com

OF COUNSEL:

WILLIAMS & CONNOLLY LLP
Katherine M. Turner
Eden Schiffmann
Matthew J. Greer
*(admitted pro hac vice)*
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
kturner@wc.com
eschiffmann@wc.com
mgreer@wc.com

*Attorneys for Plaintiff EQT Production Company*

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
Kannon K. Shanmugam
*(admitted pro hac vice)*
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7235
kshanmugam@paulweiss.com

Dated: March 18, 2019

{B4224773.2}

## CERTIFICATE OF SERVICE

I, Katrina N. Bowers, do hereby certify that on March 18, 2019, I electronically filed the foregoing **Motion for Withdraw of Counsel as to Eden Schiffmann** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

WILLIAMS & CONNOLLY LLP
Katherine M. Turner
Eden Schiffmann
Matthew J. Greer
*(admitted pro hac vice)*
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
kturner@wc.com
eschiffmann@wc.com
mgreer@wc.com

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
Kannon K. Shanmugam
*(admitted pro hac vice)*
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7235
kshanmugam@paulweiss.com

BABST CALLAND CLEMENTS and
ZOMNIR, P.C.
Timothy M. Miller (W. Va. Bar No. 2564)
Katrina N. Bowers (W. Va. Bar No. 12337)
BB&T Square
300 Summers Street, Suite 1000
Charleston, WV 25301
(681) 205-8888
tmiller@babstcalland.com
kbowers@babstcalland.com

*Attorneys for Plaintiff EQT Production Company*

David B. McMahon
1018 Kanawha Blvd. East
1200 Blvd Tower
Charleston, WV 25301
(304) 415-5288
wvdavid@wvdavid.net

*Attorney for West Virginia Surface Owners' Rights Association*

CAREY, SCOTT, DOUGLAS & KESSLER PLLC
David R. Pogue
Michael W. Carey
901 Chase Tower
707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
(304) 345-1234
drpogue@csdlawfirm.com
mwcarey@csdlawfirm.com

*Attorneys for Bounty Minerals, LLC*

PERSINGER & PERSINGER, L.C.
Howard M. Persinger, III
101 Dickenson Street
Williamson, WV 25661
(304) 235-2000
hmp3@persingerlaw.com

*Attorneys for West Virginia Land & Mineral Owners' Association, West Virginia Royalty Owners' Association, and West Virginia Farm Bureau*

{B4224773.2}

BAILEY & GLASSER, LLP
Benjamin L. Bailey (WVSB #200)
Raymond S. Franks, II (WVSB #6523)
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
bbailey@baileyglasser.com
rfranks@baileyglasser.com

*Attorneys for Defendant Austin Caperton*

                                           */s/ Katrina N. Bowers*
                                           Katrina N. Bowers (WVSB #12337)