IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| EQT PRODUCTION COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:18-cv-72<br>) Judge Thomas S. Kleeh |
| AUSTIN CAPERTON, in his official capacity as Secretary of the West Virginia Department of Environmental Protection, | )<br>)<br>)<br>) |
| Defendant. | )<br>)<br>) |

## MOTION FOR VOLUNTARY DISMISSAL

On February 15, 2019, Plaintiff EQT Production Company ("EQT") filed a *Motion to Stay January 30, 2019 Briefing Schedule and Ruling on Defendant's Motion to Dismiss* (the "Motion to Stay). The Court granted the Motion to Stay by Order entered on February 19, 2019. ECF No. 58. On July 19, 2019, EQT filed a *Status Report and Motion to Extend Stay* (ECF No. 62), which was granted by Order entered on July 29, 2019. ECF No. 63.

EQT hereby moves pursuant to Fed. R. Civ. P. 41(a)(2) for entry of an order voluntarily dismissing this civil action, without prejudice. Counsel for Defendant, Secretary Caperton, has advised they do not have an objection to the motion, as stipulated below.

WHEREFORE, for the foregoing reasons, EQT moves the Court to dismiss this action, without prejudice. A proposed Order granting the relief requested is attached for the convenience of the Court.

Respectfully submitted this 30th day of August, 2019.

<div style="display:flex">
<div>

OF COUNSEL:

WILLIAMS & CONNOLLY LLP
Katherine M. Turner
Matthew J. Greer
*(admitted pro hac vice)*
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
kturner@wc.com
eschiffmann@wc.com
mgreer@wc.com

PAUL, WEISS, RIFKIND
WHARTON & GARRISON LLP
Kannon K. Shanmugan
*(admitted pro hac vice)*
2001 K Street, NW
Washington, D.C. 20006
(202) 223-7300
kshanmugan@paulweiss.com

</div>
<div>

**EQT PRODUCTION COMPANY**,

By Counsel:

BABST CALLAND CLEMENTS and ZOMNIR, P.C.

By: */s/ Timothy M. Miller*
    Timothy M. Miller (W. Va. Bar No. 2564)
    Katrina N. Bowers (W. Va. Bar No. 12337)
    BB&T Square
    300 Summers Street, Suite 1000
    Charleston, WV 25301
    (681) 205-8888
    tmiller@babstcalland.com
    kbowers@babstcalland.com

*Attorneys for Plaintiff EQT Production Company*

</div>
</div>

Reviewed and Approved Without Objection

**AUSTIN CAPERTON, in his official capacity as Secretary of the West Virginia Department of Environmental Protection**

By Counsel:

<u>*/s/ Raymond S. Franks II*</u>
Benjamin L. Bailey (WVSB #200)
Raymond S. Franks II (WVSB #6523)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV  25301
(304) 345-6555 – telephone
(304) 342-1110 – facsimile
bbailey@baileyglasser.com
rfranks@baileyglasser.com

{B4468546.3  60060-000001028}

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| EQT PRODUCTION COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:18-cv-72 |
| | ) Judge Thomas S. Kleeh |
| AUSTIN CAPERTON, in his official capacity as Secretary of the West Virginia Department of Environmental Protection, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I, Timothy M. Miller, do hereby certify that on August 30, 2019, I electronically filed the foregoing **"Motion for Voluntary Dismissal"** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

WILLIAMS & CONNOLLY LLP
Katherine M. Turner
Matthew J. Greer
*(admitted pro hac vice)*
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
kturner@wc.com
eschiffmann@wc.com
mgreer@wc.com

PAUL, WEISS, RIFKIND
WHARTON & GARRISON LLP
Kannon K. Shanmugan
*(admitted pro hac vice)*
2001 K Street, NW
Washington, D.C. 20006
(202) 223-7300
kshanmugan@paulweiss.com

*Attorneys for Plaintiff EQT Production*

David B. McMahon
1018 Kanawha Blvd. East
1200 Blvd Tower
Charleston, WV 25301
(304) 415-5288
wvdavid@wvdavid.net

*Attorney for West Virginia Surface Owners' Rights Association*

CAREY, SCOTT, DOUGLAS & KESSLER PLLC
David R. Pogue
Michael W. Carey
901 Chase Tower
707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
(304) 345-1234
drpogue@csdlawfirm.com
mwcarey@csdlawfirm.com

*Attorneys for Bounty Minerals, LLC*

*Company*

BAILEY & GLASSER, LLP
Benjamin L. Bailey (WVSB #200)
Raymond S. Franks, II (WVSB #6523)
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
bbailey@baileyglasser.com
rfranks@baileyglasser.com

*Attorneys for Defendant Austin Caperton*

PERSINGER & PERSINGER, L.C.
Howard M. Persinger, III
101 Dickenson Street
Williamson, WV 25661
(304) 235-2000
hmp3@persingerlaw.com

*Attorneys for West Virginia Land & Mineral Owners' Association, West Virginia Royalty Owners' Association, and West Virginia Farm Bureau*


                                */s/ Timothy M. Miller*
                                Timothy M. Miller (WVSB #2564)